HEDWIG HACKER, as Administratrix of the Estate of JULIUS HACKER, Deceased, Respondent, *v.* O'ROURKE ENGINEERING CONSTRUCTION COMPANY, Appellant.

*Hacker* v. *O'Rourke Eng. & Constr. Co.*, 115 App. Div. 893, affirmed.
(Argued March 4, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 8, 1906, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict and affirming an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*Theodore H. Lord* for appellant.

*Charles Steckler* and *Levin L. Brown* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

FRANK P. KENDALL, Respondent, *v.* GERTRUDE CARNRICK, as Executrix of JOHN CARNRICK, Deceased, Appellant.

*Kendall* v. *Carnrick*, 114 App. Div. 901, affirmed.
(Argued March 5, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover for an alleged breach of contract.

*Benjamin N. Cardozo* for appellant.

*Edwin Countryman* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.